Ronald MCCLARY, Plaintiff-Appellant,

v.

Anthony SEARLES; Dixon, Nurse Supervisor; Hopkins, Head Nurse, Defendants-Appellees.

No. 15-7998

United States Court of Appeals, Fourth Circuit.

Submitted: April 26, 2016

Decided: May 27, 2016

Ronald McClary, Appellant Pro Se. Kelly Street Brown, Elizabeth Pharr McCullough, YOUNG MOORE & HENDERSON, PA, Raleigh, North Carolina; Kari Russwurm Johnson, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Before NIEMEYER and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald McClary appeals the district court's order and judgment dismissing without prejudice his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McClary v. Searles, No. 3:15-cv-00077-FDW, 2015 WL 7431054 (W.D.N.C. Nov. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED.